RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Michael Zeto

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-0085-GMN-DJA |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF RELEASE** |
| v. | |
| MICHAEL ZETO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Department of Justice Trial Attorneys Daniel E. Zytnick and Timothy T. Finley, counsel for the United States, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Michael Zeto, that the Court modify his conditions of release to allow him contact with potential witness, Sherry Johnson, under the condition that they not discuss the case.

The Stipulation is entered into for the following reasons:

1. On April 21, 2022, the Court ordered Mr. Zeto's release on a personal recognizance bond with certain conditions, including to avoid contact with any potential victims or witnesses. ECF No. 14 at 5. The Court directed the government to provide Mr. Zeto with a list of potential victims and witnesses. *Id.*

2. The government list, provided to undersigned counsel on June 8, 2022, includes Sherry Johnson. Mr. Zeto and Ms. Johnson have been in a personal relationship for several years and plan to marry.

3. Mr. Zeto is requesting that the no contact condition be removed as to Ms. Johnson and replaced with a condition that they avoid discussing the case.

4. Neither Pretrial Services nor the government object to the requested modification.

Wherefore, the parties stipulate that Mr. Zeto's conditions of release be modified to allow him contact with potential witness, Sherry Johnson, under the condition that they not discuss the case.

DATED: July 13, 2022.

| | |
|---|---|
| RENE L. VALLDARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joanne L. Diamond<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By /s/ Daniel E. Zytnick<br>DANIEL E. ZYTNICK<br>U.S. Department of Justice |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ZETO,<br><br>　　　　　Defendant. | Case No. 2:22-cr-0085-GMN-DJA<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE** |

　　　IT IS THEREFORE ORDERED that Mr. Zeto's conditions of release be modified to allow him contact with potential witness, Sherry Johnson, under the condition that they not discuss the case.

　　　DATED this 15th day of July, 2022.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE