```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

        APR 2 1 2023

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-085-GMN-DJA |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| MICHAEL ZETO, | |
| Defendant. | |

This Court finds Michael Zeto pled guilty to Count 1 of a 20-Count Criminal Indictment charging him with wire fraud in violation of 18 U.S.C. § 1343. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds Michael Zeto agreed to the imposition of the in personam criminal forfeiture money judgment of $200,000 set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343, a specified unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B), or a conspiracy to commit such offense; (2) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of a violation of 18 U.S.C. § 1343, affecting a financial institution, or a conspiracy to violate such offense; and (3) any real or personal property constituting, derived from, or traceable to the gross proceeds obtained directly or indirectly as a result of a violation of 18 U.S.C. § 1343 or a conspiracy to commit such offense and is subject to forfeiture under 18 U.S.C. § 981(a)(1)(C) with 28

U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p).

This Court finds that Michael Zeto shall pay an in personam criminal forfeiture money judgment of $200,000 to the United States of America under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment complies with *United States v. Lo*, 839 F.3d 777, 790-92 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America recover from Michael Zeto an in personam criminal forfeiture money judgment of $200,000.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED _April 21_, 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE