RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Michael Zeto

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>      v.<br><br>MICHAEL ZETO,<br><br>       Defendant. | Case No. 2:22-cr-00085-GMN-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel Zytnick, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Michael Zeto, that the Sentencing Hearing currently scheduled on July 25, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1  1.  Defense counsel needs additional time to prepare for sentencing.

2  2.  The defendant is not in custody and agrees with the need for the

3  continuance.

4  3.  The parties agree to the continuance.

5  This is the first request for a continuance of the sentencing hearing.

6  DATED May 25, 2023.

7

8  RENE L. VALLADARES               JASON M. FRIERSON
9  Federal Public Defender          United States Attorney

10

11 By */s/ Joanne L. Diamond*        By */s/ Daniel Zytnick*
   JOANNE L. DIAMOND               DANIEL ZYTNICK
12 Assistant Federal Public Defender   Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00085-GMN-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL ZETO, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, July 25, 2023 at 11:00 a.m., be vacated and continued to October 25, 2023 at the hour of 9:00 a.m.; or to a time and date convenient to the court.

DATED this 30 day of May, 2023.

_____

UNITED STATES DISTRICT JUDGE

3